# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


COPY

UNITED STATES OF AMERICA

v.

ANTHONY V. FOSTER

WARRANT FOR ARREST

CASE NUMBER: 8:11-mj-1277(AEP)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ANTHONY V. FOSTER and bring him forthwith to the nearest magistrate to answer a

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Wire Fraud: Depriving Another of Intangible Right of Honest Services, in violation of Title 18, United States Code, Sections 1343 and 1346; and with Interference with Commerce by Threats, in violation of Title 18, United States Code, Section 1951.

Anthony E. Porcelli
~~Mark A. Pizzo~~
Name & Title of Judicial Officer

_[signature]_
Signature of Issuing Officer

_[signature]_
(By) Deputy Clerk

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

6/8/11 at Tampa, FL
Date and Location

JUN 16 PM 12:45  FILED

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6-8-11 | Sign for FBI | _[signature]_ |